| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>6:02-CR-101-DCR-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>3-25-cr-15-DJH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Kentucky | Eastern Division at London |

Keith Douglas Phillips
Louisville, Kentucky

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Danny C. Reeves, Chief U.S. District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 5/23/2023 | 1/22/2028 |

**OFFENSE**

Conspiring to Commit Identity Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Phillips plans to reside in the Western District of Kentucky for the remainder of his supervision.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____Kentucky____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Western District of Kentucky____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Feb. 5, 2025_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Kentucky____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 7, 2025
_____
*Effective Date*

_____
**David J. Hale, Judge**
**United States District Court**

1